JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

KEVIN IBN SCOTT,

     Petitioner,

  v.

LUIS MARTINEZ, Warden,

     Respondent.

Case No. 2:22-cv-06663-JWH-AGR

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.   Judgment is entered **DENYING** the Petition for Writ of Habeas Corpus.

2.   This action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated:   March 27, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE